UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PETER GALINIS, )<br>       Plaintiff, )<br>)<br>-v- )<br>)<br>BRANCH COUNTY, ET AL., )<br>       Defendants. )<br>_____ ) | No. 1:14-cv-460<br><br>HONORABLE PAUL L. MALONEY |

## ORDER GRANTING MOTION TO STAY

This matter is before the Court on a motion to stay filed by the City of Coldwater, City of Coldwater Police Department, and Officers Wohlheter, Pipe, and Thornton. (ECF No. 82.) These Defendants filed an interlocutory appeal of the Court's order denying qualified immunity (ECF No. 80), and now seek a stay of the proceedings in this action until the appeal concludes. The Court notes that the appeal divested it of jurisdiction over the claims impacted by the qualified immunity analysis but not the pendant state law claims. *Krycinski v. Packowski*, 556 F. Supp. 2d 740, 741 (W.D. Mich. 2008) (citing *Yates v. Cleveland*, 941 F.2d 444, 447 (6th Cir. 1991)). However, in the Court's judgment, it is in the interests of justice and a better use of resources to try all of the claims and Defendants in this case together. Accordingly, the motion to stay (ECF No. 82) is **GRANTED**. The parties shall notify the Court within **fourteen (14) days** of a decision from the Sixth Circuit Court of Appeals.

    IT IS SO ORDERED.


Date:   August 20, 2015                     /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge