UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER GALINIS,

      Plaintiff,                       Case No. 1:14-cv-00460

v.                                     Hon. Paul L. Maloney, Chief Judge

THE COUNTY OF BRANCH, THE CITY OF
COLDWATER, THE BRANCH COUNTY
SHERIFF'S OFFICE, THE CITY OF                **Coldwater Defendants' Proposed**
COLDWATER POLICE DEPARTMENT,         **Questions on Voir Dire**
DEPARTMENT, BRANCH COUNTY SHERIFF
C. JOHN POLLACK, both individually and as a
member of the Branch County Sheriff's
Department, and CITY OF COLDWATER
POLICE OFFICERS BRIAN WOHLHETER,
DAVID PIPE and NICK THORTON, both
individually and as members of the
City of Coldwater Police Department

      Defendants.
_____/

| | |
|---|---|
| William F. Piper  (P38636) | Michael S. Bogren (P34835) |
| Attorney for Plaintiff | Robert A. Callahan  (P47600) |
| WILLIAM F PIPER LLC | Attorneys for Defendants City of Coldwater, |
| 1611 West Centre Ave., Suite 209 | City of Coldwater Police Department, and |
| Portage, Michigan 49024 | Police Officers Wohlheter, Pipe and Thorton |
| (269)  321-5008 | PLUNKETT COONEY |
| E-mail:  wpiper@wpiperlaw.com | 950 Trade Centre Way, Suite 310 |
| | Kalamazoo, Michigan   49002 |
| S. Randall Field (P31841) | (269) 226-8851 |
| Andrew James Brege (P71474) | E-mail:  mbogren@plunkettcooney.com |
| Attorneys for Defendants Branch County, | rcallahan@plunkettcooney.com |
| Branch County Sheriff's Office, and Pollack | |
| JOHNSON, ROSATI, SCHULTZ & JOPPICH | |
| 822 Centennial Way, Suite 270 | |
| Lansing, Michigan   48917 | |
| (517) 886-3800 | |
| (517) 886-9154 | |
| E-mail:  rfield@jrsjlaw.com | |
|        abrege@jrsjlaw.com | |

## <u>COLDWATER DEFENDANTS' PROPOSED</u>
## <u>QUESTIONS ON VOIR DIRE</u>

Defendants, Brian Wohlheter, David Pipe and Nick Thorton, by and through their attorney, Robert A. Callahan, for their proposed questions on voir dire, provides as follows:

1.      Has any member of the jury panel, or any members of his or her family, ever been a plaintiff in a lawsuit?

2.      Has any member of the jury panel, or any members of his or her family, ever made a claim for monetary damages, irrespective of whether it resulted in a lawsuit being filed or not?

3.      Has any member of the jury panel, or any members of his or her family, ever experience what they considered to be a negative experience with a police officer?

4.      Has any member of the jury panel, or any members of his or her family, ever experience what they considered to be a positive experience with a police officer?

5.      Does any member of the jury panel have any disagreement with rules precluding the possession of cellphones or other recording devices in courthouses?

6.      Does any member of the jury have any disagreement with rules that preclude creating a disturbance in a courthouse?

7.      Does any member of the jury panel not agree with the requirement that any damages which can be awarded to a plaintiff cannot be speculative, but that the plaintiff is required to prove those damages?

Dated  February 6, 2017                    Respectfully submitted,

                                           PLUNKETT COONEY


                                           By:___/s/ Robert A. Callahan_____
                                                 Robert A. Callahan (P47600)
                                                 Attorney for Defendants Wohlheter,
                                                  Pipe and Thorton
                                                 950 Trade Centre Way, Suite 310
                                                 Kalamazoo, MI  49002
                                                 **Direct Dial:  269/226-8856**

Open.00560.41221.18036391-1