UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER GALINIS,

        Plaintiff,                              Case No. 1:14–cv–00460–PLM

v.                                                  Hon. Paul L. Maloney

BRANCH, COUNTY OF, et al.,

        Defendants.
_____/

## **ORDER**

        The Court has been informed by telephone call from counsel for plaintiff of the agreement between the parties to settle this matter. Accordingly, appropriate closing documents shall be filed with the Court by March 24, 2017.

        IT IS SO ORDERED.

Dated:  February 24, 2017                                        /s/ Paul L. Maloney
                                                                          PAUL L. MALONEY
                                                                          United States District Judge